| | |
|---|---|
| JOHAN A. VAN WEELDEN, | ) Case No. 5:14-cv-00047-C |
| | ) |
| Plaintiff, | ) CLASS ACTION |
| | ) |
| v. | ) |
| | ) PLAINTIFF JONATHAN |
| EQUAL ENERGY LTD., DON KLAPKO, | ) SCRIPTURE'S STATEMENT OF |
| MICHAEL DOYLE, VICTOR DUSIK, | ) SUPPORT FOR PLAINTIFF |
| ROBERT WILKINSON, KYLE TRAVIS, | ) ANDREW COOKE'S |
| LEE CANAAN, MICHAEL COFFMAN, | ) APPOINTMENT AS LEAD |
| PETROFLOW CANADA ACQUISITION | ) PLAINTIFF AND THE APPROVAL |
| CORP., and PETROFLOW ENERGY | ) OF COOKE'S SELECTION OF |
| CORPORATION, | ) LEAD COUNSEL |
| | ) |
| Defendants. | ) |
| | ) |
| ANTHONY MONTEMARANO, | ) Case No. 5:14-cv-00058-C |
| Individually and On Behalf of All Other | ) |
| Persons Similarly Situated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUAL ENERGY LTD., MICHAEL | ) |
| DOYLE, LEE CANAAN, MICHAEL | ) |
| COFFMAN, VICTOR DUSIK, DON | ) |
| KLAPKO, KYLE TRAVIS, ROBERT | ) |
| WILKINSON, PETROFLOW ENERGY | ) |
| CORPORATION, and PETROFLOW | ) |
| CANADA ACQUISITION CORP., | ) |
| | ) |
| Defendants. | ) |

[Caption continued on next page]

| | | |
|---|---|---|
| ANDREW COOKE, ON BEHALF OF THE ANDREW R. COOKE 1998 TRUST, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Case No. 5:14-cv-00087-C |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| EQUAL ENERGY LTD., PETROFLOW ENERGY CORPORATION, PETROFLOW CANADA ACQUISITION CORP., MICHAEL DOYLE, DON KLAPKO, LEE CANAAN, MICHAEL COFFMAN, VICTOR DUSIK, KYLE TRAVIS and ROBERT WILKINSON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| JONATHAN SCRIPTURE, on Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. 5:14-cv-00114-C |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| EQUAL ENERGY LTD., DON KLAPKO, MICHAEL DOYLE, VICTOR DUSIK, ROBERT WILKINSON, LEE CANAAN, MICHAEL COFFMAN, KYLE TRAVIS, PETROFLOW ENERGY CORPORATION, and PETROFLOW CANADA ACQUISITION CORP., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Jonathan Scripture ("Scripture"), through his undersigned counsel, Robbins Arroyo LLP ("Robbins Arroyo"), hereby submits the following statement in support of the appointment of plaintiff Andrew Cooke ("Cooke") and his choice of counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), as Lead Plaintiff and Lead Counsel, respectively, for plaintiffs in the Consolidated Action.[1] This relief was first sought by plaintiff Cooke on April 17, 2014, in his opposition to the Motion for (1) Consolidation, (2) Appointment as Lead Plaintiff, and (3) Approval of Lead Counsel filed by plaintiff Gary Mitinas on March 31, 2014. (*See Cooke* Action, Dkt. Nos. 8 and 11).

Appointing Cooke as Lead Plaintiff and Robbins Geller as Lead Counsel for the Consolidated Action is in the best interests of Equal Energy shareholders for the following reasons. First, a single lead plaintiff and lead counsel structure is the most efficient means of litigating the Consolidated Action.[2] Robbins Arroyo stands ready to work with Robbins Geller in any capacity, including serving on an executive committee, to ensure that the interests of Company shareholders are best served, but there should be a single voice representing the shareholders to defense counsel and to the Court, and Robbins Geller should be that voice. Second, Robbins Geller and plaintiff Cooke have aggressively researched and pursued this matter since the Proposed Acquisition was first announced on December 9, 2013, and have

---

[1] "Consolidated Action" refers to the following related actions challenging the proposed acquisition of Equal Energy Ltd. ("Equal Energy" or the "Company") by Petroflow Energy Corporation for $5.43 in cash per outstanding Company share as announced on December 9, 2013 (the "Proposed Acquisition"): (i) *Van Weelden v. Equal Energy Ltd.*, Case No. 5:14-cv-00047-C; (ii) *Montemarano v. Equal Energy Ltd.*, Case No. 5:14-cv-00058-C; (iii) *Cooke v. Equal Energy Ltd.*, Case No. 5:14-cv-00087-C ("*Cooke* Action"); and (iv) *Scripture v. Equal Energy Ltd.*, Case No. 5:14-cv-00114-C. All parties agree these actions should be consolidated.

[2] However, should the Court feel that the interests of Equal Energy shareholders will be better served by the appointment of multiple class counsel, plaintiff Scripture submits that his chosen counsel, Robbins Arroyo should be appointed to serve as Co-Lead Counsel with Robbins Geller.

expressed their willingness and desire to continue doing so. Third, Robbins Geller is the preeminent law firm in the country that litigates similar cases that challenge the terms of mergers, and has recovered hundreds of millions of dollars for shareholders in similar situations. Finally, Robbins Arroyo has worked with Robbins Geller on a number of cases concerning breaches of fiduciary duty in connection with corporate transactions, such as the Proposed Acquisition, and can attest to the professionalism, experience, and efficiency with which Robbins Geller conducts itself.

For these reasons, plaintiff Scripture believes that the interests of Equal Energy shareholders will be best served through the appointment of plaintiff Cooke as Lead Plaintiff and Robbins Geller as sole Lead Counsel for plaintiffs in the Consolidated Action.

Dated: April 22, 2014

Respectfully submitted,

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD
JUSTIN D. RIEGER

s/ Stephen J. Oddo
STEPHEN J. ODDO (admitted *pro hac vice*)

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

DERRYBERRY & NAIFEH, LLP
DARREN B. DERRYBERRY (OBA No.: 14542)
4800 North Lincoln Boulevard
Oklahoma City, OK 73105
Telephone: (405) 528-6569
Facsimile: (405) 528-6462
dderryberry@derryberrylaw.com

*Counsel for Plaintiff Jonathan Scripture*

949612

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 22, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Darren B Derryberry: dderryberry@derryberrylaw.com,kreynolds@derryberrylaw.com

Jack C Moore: jack.moore@andrewshartman.com,adminmail@andrewshartman.com

I hereby certify that on April 22, 2014, I served the attached document by overnight delivery on the following, who is not a registered participant of the ECF System:

Robert J. Kopecky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
robert.kopecky@kirkland.com

*Counsel for defendants Petroflow Energy Corporation  and Petroflow Canada Acquisition Corp.*

I hereby certify that on April 22, 2014, I sent the attached document to be served by personal service on the following, who are not registered participants of the ECF System:

Equal Energy Ltd.
4801 Gaillardia Parkway, Suite 325
Oklahoma City, OK 73142

Lee Canaan
5846 Winans View Court
Pinckney, MI 48169

Michael Coffman
1216 Blue Wister Cv
Edmond, OK 73013

Kyle Travis
10169 South Maplewood Avenue
Tulsa, OK 74137

A completed proof of service will be filed once it is returned by the attorney service.

s/ Stephen J. Oddo
STEPHEN J. ODDO