Dear Judge.

Equal Energy Shareholder Litigation

My name is Gary A Golson.
I am not intrested in selling my shares of Equal Energy. I want shares in the new company.

My Cost Basis in Equal Energy is 10,881.50. So my 400 Shares is NOT For Sale.

*Gary A Golson*
2-9-15

16428 Cornelius Church Rd
Buhl - Al
35446          205-233-3753

Clerk of The Court
Western Dis of Oklahoma
200 NW 4th Street
Room 1210
Oklahoma City, OK 73102

RECEIVED
SEP 19 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

